UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

        v.                                                12-M-50

AYOOLA OLAWAIYE,

                  Defendant.

---

## ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Western District of New York hereby dismisses the criminal complaint against AYOOLA OLAWAIYE.

DATED: Buffalo, New York, November 12, 2014.

                                                WILLIAM J. HOCHUL, Jr.
                                               United States Attorney

                          BY: _____
                                SCOTT S. ALLEN, JR.
                                Assistant United States Attorney
                                United States Attorney's Office
                                Western District of New York
                                138 Delaware Avenue
                                Buffalo, New York 14202
                                (716) 843-5869
                                scott.allen@usdoj.gov

Leave of Court is granted for the filing of the foregoing dismissal.

                                _____
                                HON. H. KENNETH SCHROEDER, JR.
                                UNITED STATES MAGISTRATE JUDGE

DATED: November 13, 2014.